UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO.: 08-0708 CRB** <br><br> Removed From U.S. District Court for Maryland (Balto) <br> Case No.: **1:07-cv-03134-BEL** |
| Hobert Church Jr.., <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br><br> Defendants. | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** <br><br><br> **STIPULATION AND ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Hobert Church Jr., and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action with prejudice with each side bearing its

own attorneys' fees and costs.

DATED: April 19, 2009

By:
Paul A. Weykamp
Attorneys for Plaintiff, Hobert Church Jr.

DATED: Nov. 2, 2009    DLA PIPER LLC

By:
Michelle Sadowsky
Attorneys for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court